UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

In Re: Application of Matthew D. McClellan        )   Case No.
       For Temporary Admission to        )
       Practice        )   ORDER
                                                       )
                                                       )

A Motion and Affidavit of Matthew D. McClellan for Temporary Admission to Practice has been filed and considered by the undersigned.

IT IS ORDERED THAT:

For good cause shown, Applicant Matthew D. McClellan may represent the United States of America in the particular cases to which he is assigned before the United States District Court for the District of South Carolina, Florence Division, to the same extent as any other Assistant United States Attorney, and subject to the supervision of the United States Attorney's Office for said District, unless otherwise ordered by the Court in a particular case, and in any event only until such time as Mr. McClellan is admitted to practice by the Supreme Court of the State of South Carolina, or fails to pass the bar examination scheduled for February 2015, whichever first occurs.

                                                          s/R. Bryan Harwell
                                                          Hon. R. Bryan Harwell
                                                          United States District Judge

Dated this 3rd day of July, 2014.